FORM 2
COVER SHEET

06-182 C

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s) Carlyle Van Lines, Inc., et al.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Alan F. Wohlstetter

Firm Name: Denning & Wohlstetter

Post Office Box:

Street Address: 815 Connecticut Avenue, NW, Suite 500

City-State-Zip: Washington, DC 20006

Telephone & Facsimile Numbers: Tel: 202/833-8884; Fax 202/833-8886

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If NO, please call (202) 219-9630 for admission papers and instructions.

Nature of Suit Code: 1 3 4

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: D O D

See attached sheet for three digit codes

Amount Claimed: $ To be proven

Use estimate if specific amount is not pleaded.

Vaccination Date (vaccine cases only)

If this is case directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.



5/1/02

**Plaintiffs**

(1) Carlyle Van Lines, Inc.
(2) Blue Sky Forwarding, Inc.
(3) Blue Sky Van Lines, Inc.
(4) Carlyle Brothers Van Lines, Inc.
(5) Carlyle Forwarding, Inc.
(6) Carlyle Brothers Forwarding, Inc.
(7) Eastern Forwarding, Inc.
(8) Nancy Forwarding, Inc.
(9) Ozark Forwarding, Inc.
(10) Piedmont Forwarding, Inc.